No. 77–753. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA v. DANIEL; and

No. 77–754. LOCAL 705, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. v. DANIEL. C. A. 7th Cir. [Certiorari granted, 434 U. S. 1061.] Motions for leave to file briefs as *amici curiae* filed by American Academy of Actuaries, Chamber of Commerce of the United States of America, American Bankers Assn., National Coordinating Committee for Multiemployer Plans, and ERISA Industry Committee, granted.

No. 77–837. NEW MOTOR VEHICLE BOARD OF CALIFORNIA ET AL. v. ORRIN W. FOX CO. ET AL.; and

No. 77–849. NORTHERN CALIFORNIA MOTOR CAR DEALERS ASSN. ET AL. v. ORRIN W. FOX CO. ET AL. D. C. C. D. Cal. [Probable jurisdiction noted, 434 U. S. 1060.] Motion of National Automobile Dealers Assn. for leave to file a brief out of time as *amicus curiae* denied. Motion of appellants in No. 77–849 for additional time for oral argument denied; alternative request for divided argument granted.

No. 77–1115. LALLI v. LALLI, ADMINISTRATRIX, ET AL. Ct. App. N. Y. [Probable jurisdiction noted, 435 U. S. 921.] Motion of Legal Aid Society of New York City et al. for leave to file a brief as *amicus curiae* granted.

No. 77–5781. RAKAS ET AL. v. ILLINOIS. App. Ct. Ill., 3d Dist. [Certiorari granted, 435 U. S. 922.] Motion of Americans for Effective Law Enforcement, Inc., for leave to file a brief as *amicus curiae* granted.

No. 77–1254. VANCE, SECRETARY OF STATE, ET AL. v. BRADLEY ET AL. . D. C. D. C. [Probable jurisdiction noted, *ante*, p. 903.] Motion of appellees to dispense with printing appendix granted.